# NOS. 12-19-00179-CR
# 12-19-00180-CR

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *JOSE ALBERTO CARRILLO,* *APPELLANT* | § | *APPEALS FROM THE 114TH* |
| *V.* | § | *JUDICIAL DISTRICT COURT* |
| *THE STATE OF TEXAS,* *APPELLEE* | § | *SMITH COUNTY, TEXAS* |

*MEMORANDUM OPINION*
*PER CURIAM*

Appellant Jose Alberto Carrillo, acting pro se, filed a notice of appeal in trial court cause numbers 114-1192-18 and 114-0462-19.  On May 14, 2019, this Court requested that Appellant file a docketing statement within ten days if he had not already done so. Appellant did not file the docketing statement as requested.  On July 9, this Court notified Appellant that the docketing statement was past due and requested that Appellant file a docketing statement no later than July 19. Appellant again did not file the requested docketing statement.  On July 23, we remanded the matter and ordered the trial court to immediately conduct a hearing to determine the cause of Appellant's failure to file the docketing statement, and whether Appellant abandoned the appeals. We also ordered that the trial court make appropriate findings.

In compliance with our order, the trial court conducted a hearing on July 24 and subsequently filed findings of fact. These findings reflect that Appellant acknowledged to the trial court that he no longer wishes to pursue the appeals.

"At any time before the appellate court's decision, the appellate court may dismiss the appeal upon the appellant's motion." TEX. R. APP. P. 42.2(a).  In this case, Appellant has not filed a motion to dismiss the appeals.  Nevertheless, based on Appellant's statement to the trial court

that he does not desire to pursue the appeals and the trial court's findings to that effect, good cause exists to suspend Rule 42.2(a) in this case. *See Detwiler v. State*, No. 02-18-00457-CR, 2019 WL 984179, at \*1 (Tex. App.—Fort Worth Feb. 28, 2019, no pet.) (mem. op., not designated for publication) (based on record reflecting appellant no longer desired to pursue appeal, good cause existed to suspend Rule 42.2(a)).  In doing so, we conclude that Appellant no longer desires to pursue these appeals and we ***dismiss*** the appeals. *See* Tex. R. App. P. 43.2(f); *see also **Detwiler***, 2019 WL 984179, at \*1 (dismissing appeal where Appellant did not file motion to dismiss, but expressed desire not to pursue appeal).

Opinion delivered September 4, 2019.
*Panel consisted of Worthen, C.J., Hoyle, J., and Neeley, J.*

(DO NOT PUBLISH)



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**SEPTEMBER 4, 2019**

**NO. 12-19-00179-CR**

**JOSE ALBERTO CARRILLO,**
Appellant
V.
**THE STATE OF TEXAS,**
Appellee

Appeal from the 114th District Court

of Smith County, Texas (Tr.Ct.No. 114-1192-18)

THIS CAUSE came to be heard on the appellate record; and the same being considered, it is the opinion of this Court that this appeal should be dismissed.

It is therefore ORDERED, ADJUDGED and DECREED by this Court that this appeal be, and the same is, hereby **dismissed**; and that this decision be certified to the court below for observance.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Hoyle, J. and Neeley, J.*



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**SEPTEMBER 4, 2019**

**NO. 12-19-00180-CR**

**JOSE ALBERTO CARRILLO,**
Appellant
V.
**THE STATE OF TEXAS,**
Appellee

Appeal from the 114th District Court

of Smith County, Texas (Tr.Ct.No. 114-0462-19)

THIS CAUSE came to be heard on the appellate record; and the same being considered, it is the opinion of this Court that this appeal should be dismissed.

It is therefore ORDERED, ADJUDGED and DECREED by this Court that this appeal be, and the same is, hereby **dismissed**; and that this decision be certified to the court below for observance.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Hoyle, J. and Neeley, J.*